UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHAM MEDICAL, INC.; and ROSANNA JENNIFER MECHAM,<br><br>    Plaintiff,<br><br>v.<br><br>PLUS ORTHOPEDICS; ROBERT CLAY SMITH; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Civil No.   06cv1076-WQH (CAB)<br><br>**ORDER FOLLOWING 7/3/07 DISCOVERY CONFERENCE** |

On July 3, 2007, the Court held a telephonic discovery conference regarding Plaintiff's production of documents. Richard Wirtz, Esq., appeared for Plaintiff. Karen Clemes, Esq., appeared for Defendant. After hearing the arguments of counsel, **IT IS HEREBY ORDERED** that Plaintiff shall supplement her document production with responsive documents identified by counsel during the conference, no later than **July 12, 2007**. Further, Plaintiff shall serve a supplemental written response to Defendant's request for production no later than **July 20, 2007** confirming all responsive documents have been produced or that no responsive documents exist. Plaintiff's deposition is scheduled for July 17 and 18, 2007. Defendant may continue the deposition if it becomes apparent that Plaintiff has additional responsive documents that were not provided in the July 12, 2007 supplemental production.

DATED: July 6, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge