FILED
07 AUG 23 AM 8:55
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHAM MEDICAL, INC., a Nevada corporation; ROSANNA JENNIFER MECHAM, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PLUS ORTHOPEDICS, a California corporation; ROBERT CLAY SMITH, an individual; and Does 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 06CV1076 WQH (CAB)<br><br>**ORDER RE FILING OF AN AMENDED ANSWER** |

　　　Upon the joint motion of the parties, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that defendants PLUS Orthopedics, Inc. and Robert Clay Smith may amend their Answer to include additional affirmative defenses pertaining to an alleged oral promise made by PLUS Orthopedics, Inc.

Dated: 8/21/07

_____
Judge of the U.S. District Court

101025171.1