UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHAM MEDICAL, INC.; and ROSANNA JENNIFER MECHAM,<br><br>Plaintiff,<br><br>v.<br><br>PLUS ORTHOPEDICS; ROBERT CLAY SMITH; and DOES 1 through 25, inclusive,<br><br>Defendants. | Civil No.   06cv1076-WQH (CAB)<br><br>**ORDER GRANTING DEFENDANT SMITH'S *EX PARTE* APPLICATION TO APPEAR TELEPHONICALLY AT NOVEMBER 16 2007 SETTLEMENT CONFERENCE**<br><br>**[Doc. No. 40]** |

Good cause having been shown by defendant Robert Clay Smith, IT IS HEREBY ORDERED that defendant Smith's ex parte application to appear telephonically at the November 16, 2007 settlement conference is GRANTED.

DATED: November 8, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge