FILED

07 DEC -6 AM 8:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHAM MEDICAL, INC., a Nevada corporation; ROSANNA JENNIFER MECHAM, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PLUS ORTHOPEDICS, a California corporation; ROBERT CLAY SMITH, an individual; and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No. 06CV1076 WQH (CAB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND (2) RETAINING COURT'S JURISDICTION OVER DISPUTES ARISING OUT OF PARTIES' SETTLEMENT AGREEMENT** |

    Upon the joint motion of the parties, and good cause appearing therefore, the Court GRANTS the Joint Motion to Dismiss and dismisses the above-captioned action with prejudice.

    Judge Cathy Ann Bencivengo shall retain jurisdiction over all disputes among the parties arising out of the settlement and mutual release agreement ("Settlement Agreement") through November 16, 2010, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

    IT IS SO ORDERED.

Dated: ___12/5/07___

_____
Judge of the U.S. District Court
William Q. Hayes

101056112.1